*Edward S. Bentley* for Bank of New York, appellant-respondent.

*Edward Pious* and *Aaron Marcus,* in person, for Aaron Marcus, guardian ad litem for George G. Matthews and others, appellant-respondent.

*William H. Matthews, Jr.,* and *Robert W. Knox* for respondent-appellant.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the trust; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

JANET W. LEVY, Respondent, *v.* 1165 PARK AVENUE CORPORATION, Appellant.

Argued January 19, 1953; decided March 6, 1953.

*Robert S. Fougner* for appellant.

*Eugene J. Morris* and *Norman Sternlieb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.